UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-125-KSF

RONNIE HOLBROOK                                                                                          PLAINTIFF

v.                                                      **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

The court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This 14th day of January, 2009.



Signed By:
*Karl S. Forester*  KSF
United States Senior Judge